*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.

Decided March 30, 1999

## BANKERS TRUST COMPANY *v.* PENELOPE KINNEY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 18831) is denied.

*Penelope Kinney*, pro se, in support of the petition.

*F. Erik Kaneko*, in opposition.

Decided March 30, 1999